JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Samantha_jaffe@fd.org

Counsel for Defendant GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ 25-71013 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE AND EXCLUDE TIME** |
| ANGELICA GUERRERO, | |
| Defendant. | |

    The above captioned matter is scheduled for a status conference on November 17, 2025. The parties respectfully request that the matter be continued to December 15, 2025 at 11:30 a.m. and set as an arraignment and change of plea before the Honorable Sallie Kim.

    The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel can continue to prepare, and so that parties can continue to work on a negotiated disposition. For these reasons and others, the parties stipulate and agree that excluding time until December 15, 2025, will allow for the effective preparation of counsel. See 18 U.S.C. §

STIPULATION AND [PROPOSED] ORDER
*US v. Guerrero,* CR 25-71013 SK

3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from November 17, 2025 through December 15, 2025 from computation under the Speedy Trial Act and extending the time limit under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

November 14, 2025
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

          /S
GALEN PHILLIPS
Assistant United States Attorney

November 14, 2025
Dated

JODI LINKER
Federal Public Defender
Northern District of California

          /S
SAMANTHA JAFFE
Assistant Federal Public Defender

IT IS SO ORDERED.

November 14, 2025
Dated

LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*US v. Guerrero,* CR 25-71013 SK